UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN BROKING,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RATTLER MIDSTREAM LP, STEVEN WEST, TRAVIS STICE, KAES VAN'T HOF, LAURIE ARGO, and ARTURO VIVAR,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-05173-DLC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Brian Broking ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 22, 2022

**BRODSKY & SMITH**

By: _/s/ Evan J. Smith_
Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*

So ordered.

/s/ Denise Cote
8/23/22